UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Gordon P. Gallagher

Civil Action No.   16-cv-02304-WJM-GPG          Deputy: A. Barnes
Date:   January 5, 2017                          Recorder: Grand Junction

MEGAN McFADDEN, LONNIE WHITE, AND ANTONIO "A.J." WHITE,

    Plaintiffs,

vs.

TOWN OF MEEKER, et al.,

    Defendants.

_____

## MINUTES - SCHEDULING CONFERENCE
_____

Court in Session:   8:02 a.m.

Court calls case and appearances of counsel. All Counsel appeared via phone and as follows: Laura Wolf and Siddhartha Rathod for Plaintiffs; Josh Marks for Defendant Town of Meeker; and Stephen Baity for all of the remaining defendants.

The proposed Scheduling Order was received and reviewed. The Court made minor changes and ordered the revised Scheduling Order to be made an Order of this Court. This Scheduling Order has been previously filed under a separate docket number [94].

The **Court Ordered** that a Status Conference be scheduled for Monday, June 19, 2017 at 10:00 a.m. in Room 323, which is the courtroom in the Aspinall Federal Building in Grand Junction, CO. All counsel for all parties are again pre-approved to appear via telephone so long as one party will place the call to the courtroom with all parties on the line. The phone number is 970-241-8932, ext. 8225. If any party/counsel desire to appear in person, please file a written notice to the court and all parties ten days prior to that date.

The Court next heard from the counsel for the plaintiffs with regard to several Subpoenas Duces Tecum (SDTs) which had been issued and served by Counselor Baity on ten persons and/or organizations in the latter part of December 2016.

Plaintiff's counsel orally requested that any information received by Defendants in response to those SDTs be kept under seal, and not reviewed, by Defendants until Motions regarding same were ruled upon.  The **Court Ordered** that inasmuch as documents and information are tendered to Defendants pursuant to these SDTs that all such information and documents shall remain under seal, and not reviewed by Defendants, until such time as any and all motions regarding those SDTs are ruled upon, plus the information shall remain sealed until the time for appeals/reconsideration of orders on said motions has run, or during the time-frame when appeals and reconsideration of said motions (if any appeals/reconsiderations are filed) remain pending.

Hearing Concluded:    8:33 a.m.
Time in Court: 31 minutes