# Laura Wolf

**From:** Tia Andrews-Beeby <tbeeby@godinbaity.com>
**Sent:** Monday, December 11, 2017 7:28 PM
**To:** Siddhartha H. Rathod
**Cc:** Stephen Baity; Laura Wolf
**Subject:** RE: Motion for Sanctions

Mr. Rathod,

Per your request:

| Document | Forensic Pursuits Bates No. |
|---|---|
| Owner's Certification of Compliance | 49, 51, 52, 58, 59, 189, 408, 409, 412, 413 |
| Annual Recertification Questionnaire | 98-103, 175-180, 194-199, 201-206, 208-213, 215-220, 222-227, 333-338 |
| Tenant Certification Worksheet | 1564-1566, 1659-1661, 1665-1667, 1670-1675 |
| Tenant Certification Report | 96, 173, 192, 331, 505 |
| Schedule of Tenant Assistance Payments Due | 118-119, 187, 233, 381, 382, 512, 513, 1427, 1428 |
| Adjustments to Schedule of Tenant Assistance Payments Due | 120, 188, 234, 383, 514, 1429 |
| Lease Amendment | 54, 61, 411, 415 |
| Initial Notice of Annual Recertification | 53, 60, 410, 414 |
| Letter notice of recertification | 97, 114, 183, 184, 193, 200, 207, 214, 221, 229, 332, 342-344, 507-509 |
| Annual Recertification - 90 Day Reminder Notice | 111-113, 181, 228, 339-341, 506 |

1

| Security Deposits | 1650 |
|---|---|
| Other regarding unrelated tenants | 94, 171, 240-243, 1536, 1656 |

**Tia Beeby**
Paralegal
GODIN & BAITY, LLC
6041 S. Syracuse Way, Ste. 310
Greenwood Village, CO 80111
(720) 996-0236 - Direct
(303) 572-3100 – Phone
(303) 572-3400 – Fax
tbeeby@godinbaity.com

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL, AND EXEMPT FROM DISCLOSURE.  IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT OR AN EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED.  IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AT (303) 572-3100 AND RETURN THE ORIGINAL MESSAGE TO US BY MAIL AND DELETE IT FROM YOUR COMPUTER.  THANK YOU.

**From:** Stephen Baity
**Sent:** Monday, December 11, 2017 3:40 PM
**To:** Siddhartha H. Rathod <sr@rmlawyers.com>; Laura Wolf (lw@rmlawyers.com) <lw@rmlawyers.com>
**Cc:** Tia Andrews-Beeby <tbeeby@godinbaity.com>
**Subject:** RE: Motion for Sanctions

Mr. Rathod,
We will provide the bates numbers this afternoon.  It's curious you immediately denied responsibility for accessing private information and now request the need for the bates numbers to review the documents.  I would have thought it would have been your first request.  All of the documents were referenced and analyzed by you in the spread sheet you provided to the court as an exhibit to your Motion for Sanctions.  These same documents were included in your total of documents  you claim you obtained through the Forensic Pursuit search and which formed the basis for your claims for sanctions.
Stephen J. Baity
GODIN & BAITY, LLC
6041 S. Syracuse Way, Suite 310
Greenwood Village, CO  80111
303-572-3100 – Main
720-996-0231 - Direct
303- 572-3400 – Fax
sbaity@godinbaity.com

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL, AND EXEMPT FROM DISCLOSURE.  IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT OR AN EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED.  IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AT (303) 572-3100 AND RETURN THE ORIGINAL MESSAGE TO US BY MAIL AND DELETE IT FROM YOUR COMPUTER.  THANK YOU.

**From:** Siddhartha H. Rathod [mailto:sr@rmlawyers.com]
**Sent:** Monday, December 11, 2017 2:22 PM
**To:** Stephen Baity
**Cc:** Tia Andrews-Beeby; Laura Wolf; Qusair Mohamedbhai; Matthew Cron; Louisa Silverman
**Subject:** RE: Motion for Sanctions

Mr. Baity,

I disagree with your characterization of our correspondence, our conversations, and your previous statements. With that said, you have yet to provide us with the Bates numbers for the documents you are objecting to us having in our possession. Please provide us with this information so that we can fully confer and adequately respond to your request.

Respectfully,

Siddhartha H. Rathod
RATHOD | MOHAMEDBHAI LLC
2701 Lawrence Street, Suite 100
Denver, Colorado 80205
Work: 303.578.4400
Fax: 303.578.4401
Mobile: 303.519.8442
sr@rmlawyers.com
www.rmlawyers.com


**From:** Stephen Baity [mailto:sbaity@godinbaity.com]
**Sent:** Friday, December 8, 2017 4:35 PM
**To:** Siddhartha H. Rathod <sr@rmlawyers.com>
**Cc:** Tia Andrews-Beeby <tbeeby@godinbaity.com>
**Subject:** RE: Motion for Sanctions

Mr. Rathod,
Again your response ignores our request for your proposal to remedy your access to confidential tenant information. Nothing in Judge Gallagher's previous rulings or our agreement to allow you to search for emails between Stacie Kincher and Mike McKenzie authorized you to gain access to confidential tenant information including income information and the dates of birth and social security numbers of dependents. You have greatly exceeded the scope of the searches you outlined in your correspondence to us. Your response underscores you intentionally accessed these materials through a search directed by you and executed by your agent. Rather than acknowledge your error, you appear to justify your improper actions.  Unless you respond otherwise, we will move forward with contacting the Magistrate for a hearing on these issues and to address the appropriate remedy for your unauthorized and  unapologetic access to confidential tenant information.
Stephen J. Baity
GODIN & BAITY, LLC
6041 S. Syracuse Way, Suite 310
Greenwood Village, CO  80111
303-572-3100 – Main
720-996-0231 - Direct
303- 572-3400 – Fax
sbaity@godinbaity.com

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL, AND EXEMPT FROM DISCLOSURE.  IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT OR AN EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED.  IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AT (303) 572-3100 AND RETURN THE ORIGINAL MESSAGE TO US BY MAIL AND DELETE IT FROM YOUR COMPUTER.  THANK YOU.

**From:** Siddhartha H. Rathod [mailto:sr@rmlawyers.com]
**Sent:** Friday, December 08, 2017 3:58 PM
**To:** Stephen Baity
**Cc:** Tia Andrews-Beeby; Laura Wolf; Qusair Mohamedbhai; Matthew Cron; Louisa Silverman
**Subject:** RE: Motion for Sanctions

Mr. Baity,

You have yet to provide any legal authority reinforcing your argument that there is a privilege barring the discovery of third party information in a federal lawsuit.  You also have apparently disregarded Judge Gallagher's previous rulings regarding the disclosure of this type of information.  Further, you have disclosed third party information in this case where you believe it is helpful to your case, while simultaneously hiding documents and denying the existence of documents where it has been harmful to your defense.

Specifically, I am re-answering each of your questions in numerical order below:

1. The information was accessed through the forensic imaging of MHA's computer.
2. You, Stephen Baity, authorized the search of this information.  This information has not been "disseminated".
3. You are aware that our expert Forensic Pursuit went to Meeker to obtain this information.  You not only authorized this trip, but coordinated access so that the Executive Director of MHA and MHA Defendants' sole 30(b)(6) deponent could be present.  You, however, elected not to attend.
4. We have followed all federal rules, local rules, Judge Martinez's practice standards, orders issued by this Court, and the stipulated protective order in this case.
5. While being aware we have had this information for over two months, you have yet to designate this information as CONFIDENTIAL pursuant to the Stipulated Protective Order.  I would encourage you to re-read my previous email, as still no steps have been taken on your end to designate the information CONFIDENTIAL.  Still, despite your never having asked us to designate this information CONFIDENTIAL, names of minors, social security numbers, and birthdates have been redacted from any publicly filed documents.
6. You authorized us to access this information.  I would refer you to your statements to the Court as well as the statements of your clients.

Again, I would encourage you not to file a frivolous or misleading motion that is clearly calculated to attempt to deflect attention from Defendants' misconduct.

Respectfully,
Siddhartha

**From:** Stephen Baity [mailto:sbaity@godinbaity.com]
**Sent:** Friday, December 8, 2017 10:35 AM
**To:** Siddhartha H. Rathod <sr@rmlawyers.com>
**Cc:** Tia Andrews-Beeby <tbeeby@godinbaity.com>; Laura Wolf <lw@rmlawyers.com>; Qusair Mohamedbhai

<qm@rmlawyers.com>; Matthew Cron <mc@rmlawyers.com>; Louisa Silverman <ls@rmlawyers.com>
**Subject:** RE: Motion for Sanctions

Mr. Rathod,
Your response has not addressed the questions or issues we raised in our email this morning.  We would again request that you respond to the specific requests in the email.  We also need your response to the remedial measures we proposed.
Stephen J. Baity
GODIN & BAITY, LLC
6041 S. Syracuse Way, Suite 310
Greenwood Village, CO  80111
303-572-3100 – Main
720-996-0231 - Direct
303- 572-3400 – Fax
sbaity@godinbaity.com

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL, AND EXEMPT FROM DISCLOSURE.  IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT OR AN EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED.  IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AT (303) 572-3100 AND RETURN THE ORIGINAL MESSAGE TO US BY MAIL AND DELETE IT FROM YOUR COMPUTER.  THANK YOU.

**From:** Siddhartha H. Rathod [mailto:sr@rmlawyers.com]
**Sent:** Friday, December 08, 2017 10:00 AM
**To:** Stephen Baity
**Cc:** Tia Andrews-Beeby; Laura Wolf; Qusair Mohamedbhai; Matthew Cron; Louisa Silverman
**Subject:** RE: Motion for Sanctions


Mr. Baity,

It was Defendants who authorized Plaintiffs to travel to Meeker to forensically image MHA's computer and to determine what documents, if any, were pertinent to Plaintiffs' case.  Before you file your proposed sanctions motion, I would encourage you to review the record.

Moreover, as you know, there is a Stipulated Protective Order in this case which allows for the designation of private third-party information as "CONFIDENTIAL".  We do not oppose any such designation, although it should be noted that after two months, no one from your office has ever asked us to designate any of these files as CONFIDENTIAL.  We are more than happy to designate the files as CONFIDENTIAL once you supply us with the Bates numbers.

It should also be noted that we have not improperly disseminated any confidential information such as the names of minors, tenants' social security numbers, or their birthdates.  Even where we have needed to attach for the Court a copy of a document that contains this information, we have always made sure to redact information of this nature.  We cannot say that you have shown the same respect for our clients' or third-party witnesses' confidential information.

Respectfully,

Siddhartha H. Rathod
**RATHOD | MOHAMEDBHAI LLC**
2701 Lawrence Street, Suite 100
Denver, Colorado 80205
Work: 303.578.4400
Fax: 303.578.4401
Mobile: 303.519.8442
sr@rmlawyers.com
www.rmlawyers.com

---

**From:** Stephen Baity [mailto:sbaity@godinbaity.com]
**Sent:** Friday, December 8, 2017 8:07 AM
**To:** Laura Wolf <lw@rmlawyers.com>; Siddhartha H. Rathod <sr@rmlawyers.com>
**Cc:** Tia Andrews-Beeby <tbeeby@godinbaity.com>
**Subject:** RE: Motion for Sanctions

Mr. Rathod and Ms. Wolf:

In reviewing the documents you attached to your Motion for Sanctions it became apparent that you have accessed, copied and disseminated the personal private and confidential information of all the tenants at the Meeker Housing Authority. Wewill provide you with the exact bates numbers that contain the information.  These documents  contain the social security numbers and dates of birth of approximately fifteen tenants and more troubling their dependents.  You have also improperly obtained the private income information on numerous other tenants.  On all the MHA tenants you have accessed information on their rent and government subsidies between September 2016 and May 2017 without prior authorization or notice.  Your actions are contrary to the Court's prior orders and our agreement to allow you to gather emails between Stacie Kincher and Mike McKenzie.  It is also contrary to your emails and your proposed review by Forensic Pursuits.

At this time we need you to provide the following information:
1. How you accessed this information, including the search parameters that allowed you to obtain these documents?
2. Who authorized the searches and the dissemination of the confidential information?
3. Who received copies or access to the confidential information including whether the individual Plaintiffs received copies of the confidential information and whether you provided the information to your experts?
4. What steps you took to limit access to the confidential information?
5. What steps you took to keep this information confidential?
6. Why you believe you were authorized to access this information including the specific discovery requests that you claim supported your search for private confidential information on other tenants?

We also need your agreement to return all the confidential information including returning the materials that may have been provided to your clients and experts.  We also need your agreement to pay for the expenses associated with contacting the current and former MHA tenants to inform them of your unauthorized access to their private and confidential information.  We will also need your agreement to indemnify and hold MHA harmless in the event any tenants seek legal recourse against MHA due to your unauthorized access to their confidential information.

Finally, we need your prompt and detailed response to this request for information.

Stephen J. Baity
GODIN & BAITY, LLC
6041 S. Syracuse Way, Suite 310
Greenwood Village, CO  80111
303-572-3100 – Main

720-996-0231 - Direct
303- 572-3400 – Fax
sbaity@godinbaity.com

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL, AND EXEMPT FROM DISCLOSURE.  IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT OR AN EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED.  IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AT (303) 572-3100 AND RETURN THE ORIGINAL MESSAGE TO US BY MAIL AND DELETE IT FROM YOUR COMPUTER.  THANK YOU.

---

**From:** Laura Wolf [mailto:lw@rmlawyers.com]
**Sent:** Thursday, December 07, 2017 3:49 PM
**To:** Stephen Baity
**Cc:** Tia Andrews-Beeby; Siddhartha H. Rathod
**Subject:** RE: Motion for Sanctions

Steve,

Upon review of your email, we would like to know the legal basis for your proposed sanctions motion.  As you know, we have repeatedly asked Defendants to produce discovery related to other tenants at MHA, as that information is pertinent to the question of whether Plaintiffs were treated differently either on the basis of their disabilities or in retaliation for having asserted their rights.  Moreover, Defendants themselves have disclosed to Plaintiffs documents as they pertain to other tenants in order to further support Defendants' positions in this case.  Lastly, when Defendants attempted to withhold identifying information regarding certain tenants because they realized the information would be to their detriment, Judge Gallagher ordered Defendants to disclose the information and – if necessary – to mark the documents "CONFIDENTIAL."

In order to properly confer, please articulate the legal basis for sanctions as it pertains to the production of these documents.

Best,

Laura B. Wolf
**RATHOD | MOHAMEDBHAI LLC**
2701 Lawrence Street, Suite 100
Denver, Colorado 80205
(303) 578-4400 (t) / (303) 578-4401 (f)
lw@rmlawyers.com / rmlawyers.com

---

**From:** Stephen Baity [mailto:sbaity@godinbaity.com]
**Sent:** Wednesday, December 6, 2017 3:39 PM
**To:** srlpc@aol.com; Laura Wolf <lw@rmlawyers.com>
**Cc:** Tia Andrews-Beeby <tbeeby@godinbaity.com>
**Subject:** Motion for Sanctions

Mr. Rathod and Ms. Wolf,
We intend to file a Motion for Sanctions against Plaintiffs based on your accessing the private confidential information of numerous MHA tenants.  Please provide me with a time to discuss the Motion before we file it.

Stephen J. Baity

GODIN & BAITY, LLC
6041 S. Syracuse Way, Suite 310
Greenwood Village, CO  80111
303-572-3100 – Main
720-996-0231 - Direct
303- 572-3400 – Fax
sbaity@godinbaity.com

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL, AND EXEMPT FROM DISCLOSURE.  IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT OR AN EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED.  IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AT (303) 572-3100 AND RETURN THE ORIGINAL MESSAGE TO US BY MAIL AND DELETE IT FROM YOUR COMPUTER.  THANK YOU.