# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 16-cv-02304-WJM-GPG

MEGAN MCFADDEN,
LONNIE WHITE, and
ANTONIO "A.J." WHITE,

        Plaintiffs,

v.

MEEKER HOUSING AUTHORITY,

        Defendant.

---

**NOTICE OF THE PARTIES' STIPULATED INSTRUCTIONS AND STATEMENT OF THE CASE, PLAINTIFFS' PROPOSED INSTRUCTIONS, AND PLAINTIFFS' PROPOSED VERDICT FORMS**

---

    Plaintiffs Megan McFadden, Lonnie White, and A.J. White, by and through their attorneys Laura B. Wolf, Siddhartha H. Rathod, and Qusair Mohamedbhai of Rathod | Mohamedbhai LLC, submit Plaintiffs' Proposed Jury Instructions and state as follows:

## **PLAINTIFFS' PROPOSED JURY INSTRUCTIONS**

    This week, the parties exchanged their proposed jury instructions in this case. Unfortunately, despite ongoing efforts, the parties have been unable to stipulate to the majority of the instructions proposed by both sets of counsel. The few instructions that have been stipulated to are attached as **Exhibit 1**. A stipulated statement of the case is attached as **Exhibit 2**. The parties have agreed to continue working together to achieve more stipulations in advance of the objections filing deadline.

Plaintiffs' proposed disputed instructions are attached as **Exhibit 3**. While Plaintiffs are aware that this Court has its own set of preliminary instructions, in an abundance of caution Plaintiffs have included some of the "generic" instructions that the Court might typically include itself. *See* WJM Revised Practice Standards VI.A. Of course, Plaintiffs defer to the Court on the Court's preferred preliminary instructions. As the parties were unable to stipulate as to the proposed verdict forms, Plaintiffs have also included their set of proposed verdict forms herein as **Exhibits 4-6**. Finally, Plaintiffs are attaching their sources of authority for pattern jury instructions not listed in the Court's practice standards as **Exhibit 7**.[1] *See* WJM Revised Practice Standards VI.D.

Plaintiffs are aware of the Court's deadline to file objections to Defendant's proposed instructions and jury verdict forms. Plaintiffs will ensure that objections are submitted by no later than April 3, 2019. Any additional stipulations to instructions will also be filed at that time.

Respectfully submitted this 27th day of March 2019.

*s/ Laura B. Wolf*
RATHOD | MOHAMEDBHAI LLC
Laura B. Wolf
Siddhartha Rathod
Qusair Mohamedbai
2701 Lawrence Street, Suite 100
Denver, CO 80205
(303) 578-4400 (telephone)
(303) 578-4401 (fax)
lw@rmlawyers.com
sr@rmlawyers.com
qm@rmlawyers.com

ATTORNEYS FOR PLAINTIFFS

---

[1] The citation for each page of authority can be found in the footer of the page.

## CERTIFICATE OF SERVICE

      I hereby certify that on March 27, 2019, I electronically filed the foregoing **NOTICE OF THE PARTIES' STIPULATED INSTRUCTIONS AND STATEMENT OF THE CASE, PLAINTIFFS' PROPOSED INSTRUCTIONS, AND PLAINTIFFS' PROPOSED VERDICT FORMS** with the Clerk of the Court using the CM/ECF system, which will send electronic notification to the following:

Jon F. Sands
Reagan Larkin
Marilyn S. Chappell
Sweetbaum Sands Anderson, P.C.
1125 17th Street, Suite 2100
Denver, CO 80202
Telephone: (303) 296-3377
Fax: (303) 296-7343
jsands@sweetbaumsands.com
mchappell@sweetbaumsands.com
Rlarkin@sweetbaumsands.com

*Attorneys for Defendant Meeker Housing Authority*


      Rathod | Mohamedbhai LLC

      *s/ Laura B. Wolf*_____
      Laura B. Wolf