**STIPULATED JURY INSTRUCTION NO. S1 – UNCERTAINTY AS TO AMOUNT OF DAMAGES**

      Difficulty or uncertainty in determining the precise amount of any damages does not prevent you from deciding an amount. You should use your best judgment based on the evidence.[1]

---

[1] CJI-Civ. 5:6 (2019).

**STIPULATED JURY INSTRUCTION NO. S2 – DAMAGES NOT TO BE INFERRED**

The fact that an instruction on measure of damages has been given to you does not mean that the Court is instructing the jury to award or not to award damages. The question of whether or not damages are to be awarded is a question for the jury's consideration.[2]

---

[2] Colo. Jury Instr. Civil 5:1.