## **Statement of the Case**

Meeker, Colorado is a town on Colorado's Western Slope.  Defendant Meeker Housing Authority (MHA) is a public housing authority established to help provide housing for low-income citizens.  Defendant MHA operates Karen Court, an apartment complex with 15 units.  The U.S. Department of Housing and Urban Development (HUD) financially subsidizes MHA.  In 2016, Defendant MHA developed a pet policy regarding pets in Karen Court apartments.  At the time, Plaintiffs lived in Karen Court and kept companion animals which they allege assisted them with their disabilities.  Plaintiffs allege claims against Defendant MHA arising from the 2016 pet policy and effect on their ability to keep companion animals.  Plaintiff McFadden also alleges MHA failed to return her security deposit.  MHA denies Plaintiffs' claims, disputes their claimed damages, and denies that MHA's conduct caused Plaintiffs' claimed damages.