**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 16-cv-02304-WJM-GPG

MEGAN MCFADDEN,
LONNIE WHITE, and
ANTONIO "A.J." WHITE,

    Plaintiffs,

v.

MEEKER HOUSING AUTHORITY,

    Defendant.

---

**VERDICT FORM RE: DISABILITY DISCRIMINATION UNDER THE FAIR HOUSING ACT AND THE REHABILITATION ACT
PLAINTIFF A.J. WHITE**

---

**PLEASE COMPLETE THE FOLLOWING VERDICT FORM.**

The Court has already found as a matter of law that Plaintiff A.J. White has succeeded on his claim of disability discrimination under the Fair Housing Act and the Rehabilitation Act against Defendant Meeker Housing Authority. It is therefore only for you to decide the amount of damages to award A.J. White on this claim.

**QUESTION 1:** What amount, if any, do you award Plaintiff A.J. White in actual damages against the Defendant for his claim of disability discrimination?

    a.    Economic Losses    $_____

    b.    Emotional Distress Damages    $_____

1

_____
Foreperson

_____

_____

_____

_____

_____

_____

2

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-02304-WJM-GPG

MEGAN MCFADDEN,
LONNIE WHITE, and
ANTONIO "A.J." WHITE,

    Plaintiffs,

v.

MEEKER HOUSING AUTHORITY,

    Defendant.

---

**VERDICT FORM RE: RETALIATION UNDER THE FAIR HOUSING ACT AND THE REHABILITATION ACT**
**PLAINTIFF A.J. WHITE – SUMMER 2016**

---

**PLEASE COMPLETE THE FOLLOWING VERDICT FORM.**

**QUESTION 1:** Do you find in favor of Plaintiff A.J. White on his first claim of retaliation under the Fair Housing Act and the Rehabilitation Act against Defendant Meeker Housing Authority? Specifically, do you find by a preponderance of the evidence that A.J. White was retaliated against during the summer of 2016 for seeking a reasonable accommodation to live with his two companion cats?

    a.    Yes   _____

    b.    No   _____

**If you answered "yes" to QUESTION 1, please answer QUESTION 2.**

**QUESTION 2:** What amount, if any, do you award Plaintiff A.J. White in actual damages against the Defendant for his first claim of retaliation?

    c.    Economic Losses    $_____

    d.    Emotional Distress Damages    $_____

_____        _____
Foreperson


_____        _____


_____        _____


_____        _____

4

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 16-cv-02304-WJM-GPG

MEGAN MCFADDEN,
LONNIE WHITE, and
ANTONIO "A.J." WHITE,

    Plaintiffs,

v.

MEEKER HOUSING AUTHORITY,

    Defendant.

---

**VERDICT FORM RE: INTERFERENCE UNDER THE FAIR HOUSING ACT
PLAINTIFF A.J. WHITE – SUMMER 2016**

---

**PLEASE COMPLETE THE FOLLOWING VERDICT FORM.**

**QUESTION 1:** Do you find in favor of Plaintiff A.J. White on his first claim of interference under the Fair Housing Act against Defendant Meeker Housing Authority? Specifically, do you find by a preponderance of the evidence that during the summer of 2016, Defendant interfered with A.J. White in the exercise or enjoyment of his rights protected by the Fair Housing Act?

    c.    Yes    _____

    d.    No    _____

**If you answered "yes" to QUESTION 1, please answer QUESTION 2.**

**QUESTION 2:** What amount, if any, do you award Plaintiff A.J. White in actual damages against the Defendant for his first claim of interference under the Fair Housing Act?

    e.    Economic Losses    $_____

    f.    Emotional Distress Damages    $_____

_____          _____
Foreperson


_____          _____


_____          _____


_____          _____

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 16-cv-02304-WJM-GPG

MEGAN MCFADDEN,
LONNIE WHITE, and
ANTONIO "A.J." WHITE,

    Plaintiffs,

v.

MEEKER HOUSING AUTHORITY,

    Defendant.

---

**VERDICT FORM RE: RETALIATION UNDER THE FAIR HOUSING ACT AND THE REHABILITATION ACT
PLAINTIFF A.J. WHITE – AFTER FILING LAWSUIT**

---

**PLEASE COMPLETE THE FOLLOWING VERDICT FORM.**

**QUESTION 1:** Do you find in favor of Plaintiff A.J. White on his second claim of retaliation under the Fair Housing Act and the Rehabilitation Act against Defendant Meeker Housing Authority? Specifically, do you find by a preponderance of the evidence that A.J. White was retaliated against by Defendant for having filed the present lawsuit?

    e.    Yes   _____

    f.    No   _____

**If you answered "yes" to QUESTION 1, please answer QUESTION 2.**

**QUESTION 2:** What amount, if any, do you award Plaintiff A.J. White in actual damages against the Defendant for his second claim of retaliation?

    g.    Economic Losses    $_____

    h.    Emotional Distress Damages    $_____

_____  _____
Foreperson


_____  _____


_____  _____


_____  _____

Case No. 1:16-cv-02304-WJM-GPG Document 463-4 filed 03/27/19 USDC Colorado pg 8 of 10

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 16-cv-02304-WJM-GPG

MEGAN MCFADDEN,
LONNIE WHITE, and
ANTONIO "A.J." WHITE,

    Plaintiffs,

v.

MEEKER HOUSING AUTHORITY,

    Defendant.

---

**VERDICT FORM RE: INTERFERENCE UNDER THE FAIR HOUSING ACT
PLAINTIFF A.J. WHITE – AFTER FILING LAWSUIT**

---

**PLEASE COMPLETE THE FOLLOWING VERDICT FORM.**

**QUESTION 1:** Do you find in favor of Plaintiff A.J. White on his second claim of interference under the Fair Housing Act against Defendant Meeker Housing Authority? Specifically, do you find by a preponderance of the evidence that Defendant interfered with A.J. White in the exercise or enjoyment of his rights protected by the Fair Housing Act, specifically the filing of the present lawsuit?

    g.    Yes    _____

    h.    No    _____

**If you answered "yes" to QUESTION 1, please answer QUESTION 2.**

**QUESTION 2:** What amount, if any, do you award Plaintiff A.J. White in actual damages against the Defendant for his second claim of interference under the Fair Housing Act?

    i.    Economic Losses    $_____

    j.    Emotional Distress Damages    $_____

_____        _____
Foreperson

_____        _____

_____        _____

_____        _____