**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 16-cv-02304-WJM-GPG

MEGAN MCFADDEN,
LONNIE WHITE, and
ANTONIO "A.J." WHITE,

    Plaintiffs,

v.

MEEKER HOUSING AUTHORITY,

    Defendant.

---

**VERDICT FORM RE: DISABILITY DISCRIMINATION UNDER THE FAIR HOUSING ACT AND THE REHABILITATION ACT
PLAINTIFF MEGAN MCFADDEN**

---

**PLEASE COMPLETE THE FOLLOWING VERDICT FORM.**

The Court has already found as a matter of law that Plaintiff Megan McFadden has succeeded on her claim of disability discrimination under the Fair Housing Act and the Rehabilitation Act against Defendant Meeker Housing Authority. It is therefore only for you to decide the amount of damages to award Megan McFadden on this claim.

**QUESTION 1:** What amount, if any, do you award Plaintiff Megan McFadden in actual damages against the Defendant for her claim of disability discrimination?

    a.    Economic Losses    $_____

    b.    Emotional Distress Damages    $_____

1

_____    _____
Foreperson


_____    _____



_____    _____



_____    _____

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-02304-WJM-GPG

MEGAN MCFADDEN,
LONNIE WHITE, and
ANTONIO "A.J." WHITE,

    Plaintiffs,

v.

MEEKER HOUSING AUTHORITY,

    Defendant.

---

**VERDICT FORM RE: RETALIATION UNDER THE FAIR HOUSING ACT AND THE REHABILITATION ACT**
**PLAINTIFF MEGAN MCFADDEN – SUMMER 2016**

---

**PLEASE COMPLETE THE FOLLOWING VERDICT FORM.**

**QUESTION 1:** Do you find in favor of Plaintiff Megan McFadden on her first claim of retaliation under the Fair Housing Act and the Rehabilitation Act against Defendant Meeker Housing Authority? Specifically, do you find by a preponderance of the evidence that Megan McFadden was retaliated against during the summer of 2016 for seeking a reasonable accommodation to live with her companion dog?

    a.    Yes   _____

    b.    No   _____

**If you answered "yes" to QUESTION 1, please answer QUESTION 2.**

**QUESTION 2:** What amount, if any, do you award Plaintiff Megan McFadden in actual damages against the Defendant for her first claim of retaliation?

    c.    Economic Losses    $_____

    d.    Emotional Distress Damages    $_____

_____          _____
Foreperson


_____          _____


_____          _____


_____          _____

4

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-02304-WJM-GPG

MEGAN MCFADDEN,
LONNIE WHITE, and
ANTONIO "A.J." WHITE,

    Plaintiffs,

v.

MEEKER HOUSING AUTHORITY,

    Defendant.

---

## VERDICT FORM RE: INTERFERENCE UNDER THE FAIR HOUSING ACT
## PLAINTIFF MEGAN MCFADDEN – SUMMER 2016

---

**PLEASE COMPLETE THE FOLLOWING VERDICT FORM.**

**QUESTION 1:** Do you find in favor of Plaintiff Megan McFadden on her first claim of interference under the Fair Housing Act against Defendant Meeker Housing Authority? Specifically, do you find by a preponderance of the evidence that during the summer of 2016, Defendant interfered with Megan McFadden in the exercise or enjoyment of her rights protected by the Fair Housing Act?

    c.    Yes   _____

    d.    No   _____

**If you answered "yes" to QUESTION 1, please answer QUESTION 2.**

**QUESTION 2:** What amount, if any, do you award Plaintiff Megan McFadden in actual damages against the Defendant for her first claim of interference under the Fair Housing Act?

    e.    Economic Losses    $_____

    f.    Emotional Distress Damages    $_____

_____        _____
Foreperson


_____        _____



_____        _____



_____        _____

Case No. 1:16-cv-02304-WJM-GPG   Document 463-6   filed 03/27/19   USDC Colorado   pg 6 of 12

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 16-cv-02304-WJM-GPG

MEGAN MCFADDEN,
LONNIE WHITE, and
ANTONIO "A.J." WHITE,

      Plaintiffs,

v.

MEEKER HOUSING AUTHORITY,

      Defendant.

---

**VERDICT FORM RE: RETALIATION UNDER THE FAIR HOUSING ACT AND THE REHABILITATION ACT
PLAINTIFF MEGAN MCFADDEN – AFTER FILING LAWSUIT**

---

**PLEASE COMPLETE THE FOLLOWING VERDICT FORM.**

**QUESTION 1:** Do you find in favor of Plaintiff Megan McFadden on her second claim of retaliation under the Fair Housing Act and the Rehabilitation Act against Defendant Meeker Housing Authority? Specifically, do you find by a preponderance of the evidence that Megan McFadden was retaliated against by Defendant for having filed the present lawsuit?

    e.    Yes  _____

    f.    No  _____

**If you answered "yes" to QUESTION 1, please answer QUESTION 2.**

**QUESTION 2:** What amount, if any, do you award Plaintiff Megan McFadden in actual damages against the Defendant for her second claim of retaliation?

    g.    Economic Losses    $_____

    h.    Emotional Distress Damages    $_____

_____   _____
Foreperson

_____   _____

_____   _____

_____   _____

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 16-cv-02304-WJM-GPG

MEGAN MCFADDEN,
LONNIE WHITE, and
ANTONIO "A.J." WHITE,

     Plaintiffs,

v.

MEEKER HOUSING AUTHORITY,

     Defendant.

---

**VERDICT FORM RE: INTERFERENCE UNDER THE FAIR HOUSING ACT
PLAINTIFF MEGAN MCFADDEN – AFTER FILING LAWSUIT**

---

**PLEASE COMPLETE THE FOLLOWING VERDICT FORM.**

**QUESTION 1:** Do you find in favor of Plaintiff Megan McFadden on her second claim of interference under the Fair Housing Act against Defendant Meeker Housing Authority? Specifically, do you find by a preponderance of the evidence that Defendant interfered with Megan McFadden in the exercise or enjoyment of her rights protected by the Fair Housing Act, specifically the filing of the present lawsuit?

    g.    Yes  _____

    h.    No  _____

**If you answered "yes" to QUESTION 1, please answer QUESTION 2.**

**QUESTION 2:** What amount, if any, do you award Plaintiff Megan McFadden in actual damages against the Defendant for her second claim of interference under the Fair Housing Act?

    i.    Economic Losses    $_____

    j.    Emotional Distress Damages    $_____

9

_____   _____
Foreperson

_____   _____


_____   _____


_____   _____

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 16-cv-02304-WJM-GPG

MEGAN MCFADDEN,
LONNIE WHITE, and
ANTONIO "A.J." WHITE,

    Plaintiffs,

v.

MEEKER HOUSING AUTHORITY,

    Defendant.

---

**VERDICT FORM RE: C.R.S. § 38-12-103 (RETURN OF SECURITY DEPOSIT)**
**PLAINTIFF MEGAN MCFADDEN**

---

**PLEASE COMPLETE THE FOLLOWING VERDICT FORM.**

**QUESTION 1:**  Do you find by a preponderance of the evidence that Ms. McFadden paid a $50 security deposit to Defendant during the time she lived in Defendant's housing complex?

    i.    Yes   _____

    j.    No   _____

**If you answered "yes" to QUESTION 1, please answer QUESTION 2.**

**QUESTION 2:**  Do you find by a preponderance of the evidence that Defendant MHA's retention of Ms. McFadden's security deposit was willful?

    a.    Yes   _____

    b.    No   _____

_____          _____
Foreperson


_____          _____


_____          _____


_____          _____