**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:16-cv-02304-WJM-GPG

Megan McFadden,
Lonnie White, and
Antonio "A.J." White,

     Plaintiffs,

v.

Meeker Housing Authority, a governmental entity,

     Defendant.

---

## STIPULATED NOTICE OF SETTLEMENT

---

The Parties, through their respective counsel, pursuant to the Court's Practice Standard IV.C.2, notify the Court as follows:

(i)    a settlement has been reached by all parties;

(ii)   a meeting of the minds has been reached as to all material terms of the settlement; and

(iii)  the settlement will finally and fully resolve all remaining claims in this action.

The Parties accordingly request that the Court vacate the five-day jury trial of this case, set to begin May 6, 2019, and all attendant deadlines, including all deadlines imposed at the Final Trial Preparation Conference (*see* Doc. 494).

Respectfully submitted this 20th day of April 2019,

| | |
|---|---|
| *s/ Laura B. Wolf* | ATTORNEYS FOR PLAINTIFFS |
| Laura B. Wolf | *s/ Jon F. Sands* |
| Siddhartha Rathod | Jon F. Sands |
| Qusair Mohamedbhai | Marilyn S. Chappell |
| Matthew J. Cron | Reagan Larkin |
| RATHOD | MOHAMEDBHAI LLC | Sweetbaum Sands Anderson PC |
| 2701 Lawrence Street, Suite 100 | 1125 17th Street, Suite 2100 |
| Denver, CO 80205 | Denver, Colorado 80202 |
| (303) 578-4400 (telephone) | Phone: (303) 296-3377 |
| (303) 578-4401 (fax) | jsands@sweetbaumsands.com |
| lw@rmlawyers.com | mchappell@sweetbaumsands.com |
| sr@rmlawyers.com | rlarkin@sweetbaumsands.com |
| qm@rmlawyers.com | |
| mc@rmlawyers.com | ATTORNEYS FOR DEFENDANT |
| | |
| ATTORNEYS FOR PLAINTIFFS | |